■ The People of the State of New York, Respondent, v Emilio Ballenilla, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about June 2, 2003, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Marlow, Sullivan and Gonzalez, JJ.